Katherine R. Siegfried, SBN 250558
Law Office of Katherine Siegfried
1939 Harrison St, Suite 120
Oakland, CA 94612
Ph: 510.465.0018 Fax: 510.217.3979
Email: kat@siegfriedlegal.com

Attorney for Plaintiff, JUAN GARCIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARCIA,<br><br>   Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>   Defendant | CIVIL NO. 23-cv-4263-HSG<br><br>**STIPULATION AND ORDER FOR A FORTY-FIVE (45) DAY EXTENSION OF TIME FOR PLAINTIFF TO FILE A MOTION FOR SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED, between Plaintiff JUAN GARCIA and Defendant Commissioner of Social Security, through their respective counsel of record, that Plaintiff shall have an extension of time of forty-five (45) days to file Plaintiff's MOTION FOR SUMMARY JUDGMENT. All additional filing dates will be extended accordingly. The current due date is November 20, 2023.  The new due date will be January 4, 2024.  This first extension is requested as the parties are in discussions regarding a potential voluntary remand. Should the parties be unable to agree to a voluntary remand, Plaintiff's attorney will need additional time to finish reviewing the more than 4,000 pages of records and draft her arguments.

Date: November 14, 2023

By:  _____
     Katherine Siegfried
     Attorney for the Plaintiff

Date: November 14, 2023            ISMAIL RAMSEY
                                   United States Attorney
                            By:    /s/ *Erin Highland (as authorized by email)*
                                   Erin Highland
                                   Special Assistant United States Attorney
                                   Attorney for Defendant

**<u>ORDER</u>**

PURSUANT TO STIPULATION, PLAINTIFF'S REQUEST FOR AN ADDITIONAL FORTY-FIVE DAYS TO FILE A MOTION FOR SUMMARY JUDGMENT IS SO ORDERED.

Dated:  11/15/2023

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE