```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
ERIN HIGHLAND (GA Bar No. 153550)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2495
Erin.highland@ssa.gov
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| JUAN MORENO,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 4:23-cv-04263-HSG<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR AND TO ENTRY OF JUDGMENT; ORDER **(as modified)** |

  IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

  On remand, the Commissioner will offer the claimant the opportunity of a hearing; reconsider whether the claimant experienced medical improvement, and if so, substantiate this finding with specific

Stip. to Remand, [4:23-cv-04263-HSG]                    1

citations to the evidence in accordance with 20 C.F.R. § 404.1594, and continue with the sequential analysis, as warranted.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: November 30, 2023           By: /s/ *Katherine Siegfried*
                                             KATHERINE SIEGFRIED
                                             (as authorized by email)
                                             Attorneys for Plaintiff

Dated: November 30, 2023           ISMAIL J. RAMSEY
                                             United States Attorney

                                 By:     /s/ *Erin Highland*
                                             ERIN HIGHLAND
                                             Special Assistant U.S. Attorney
                                             Office of Program Litigation, Office 7
                                             Attorneys for Defendant

    In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

    IT IS SO ORDERED.  The Court orders final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.  The Clerk is directed to enter judgment accordingly, remand the case to the Administrative Law Judge for further proceedings, and close the file.

DATE: 11/30/2023

*[signature: Haywood S. Gilliam Jr.]*
HONORABLE HAYWOOD S GILLIAM, JR
UNITED STATES DISTRICT JUDGE